David B. Hennes
Lisa H. Bebchick
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
david.hennes@friedfrank.com
lisa.bebchick@friedfrank.com

*Attorneys for Applicants*
*Fortress Value Recovery Fund I LLC,*
*ZBS Capital Partners L.P., and*
*Cypress Way European Asset Investors II SARL*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

IN RE *EX PARTE* APPLICATION OF FORTRESS
VALUE RECOVERY FUND I LLC, ZBS CAPITAL
PARTNERS L.P., AND CYPRESS WAY EUROPEAN
ASSET INVESTORS II SARL FOR AN ORDER
PURSUANT TO 28 U.S.C. § 1782 COMPELLING
DISCOVERY FOR USE IN A FOREIGN
PROCEEDING.

13 Misc. No. 00316

**RULE 7.1 STATEMENT**

------------------------------------------------------------------ x

In accordance with Federal Rule of Civil Procedure 7.1, the undersigned counsel for Applicants Fortress Value Recovery Fund I LLC, ZBS Capital Partners L.P., and Cypress Way European Asset Investors II SARL state as follows:

1. Fortress Value Recovery Fund I LLC has no parent company. No publicly held company owns 10% or more of Fortress Value Recovery Fund I LLC.

2. ZBS Capital Partners L.P. has no parent company. No publicly held company owns 10% or more of ZBS Capital Partners L.P. ZBS Capital Partners L.P. is 80.08% owned by Blue Skye (Global) Ltd. and 19.92% owned by Fortress Value Recovery Fund I LLC.

1

3.  Cypress Way European Asset Investors II SARL has no parent company. No publicly held company owns 10% or more of Cypress Way European Asset Investors II SARL. Cypress Way European Asset Investors II SARL is 64% owned by Fortress Value Recovery Fund I Ltd. and 24% owned by Fortress Value Recovery Fund I LLC.

Dated:   New York, New York
         September 5, 2013

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: _____
    David B. Hennes
    Lisa H. Bebchick

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
david.hennes@friedfrank.com
lisa.bebchick@friedfrank.com

*Attorneys for Applicants*
*Fortress Value Recovery Fund I LLC,*
*ZBS Capital Partners L.P., and Cypress Way*
*European Asset Investors II SARL*